```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BRAULIO THORNE,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :            20-CV-9473 (VSB)
             -against-                                      :
                                                            :                ORDER
BALSAM BRANDS INC. et al.,                                  :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on November 11, 2020, (Doc. 1), and filed an affidavit of service on Balsam Brands Inc. on January 25, 2021, (Doc. 8). The deadline for Defendant Balsam Brands Inc. to respond to Plaintiff's complaint was February 1, 2021. (*See* Doc. 8.) To date, Defendant Balsam Brands Inc. has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 22, 2021. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   February 8, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge